STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
Email: Steven.Abbott@lewisbrisbois.com
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 10350
Email:  Steven.Foremaster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile:  702.893.3789
*Attorneys for Defendants*
*ESA P Portfolio, LLC and*
*ESA P Portfolio Operating Lessee, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANTIEL ANTARIO BROWN, | Case No. 2:22-cv-02107-CDS-DJA |
| Plaintiff(s), | |
| vs. | **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |
| ESA P PORTFOLIO, LLC et al. | |
| Defendant(s). | |

4875-9569-4410.1                                              1

IT IS HEREBY STIPULATED by and between Plaintiff, SANTIEL ANTARIO BROWN, and Defendants, ESA P PORTFOLIO, LLC and ESA P PORTFOLIO OPERATING LESSEE, LLC, by and through their respective attorneys of record that this matter be remanded back to Eighth Judicial District Court, Case No. A-22-861562-C because Plaintiff's counsel confirmed that the amount in controversy does not satisfy the Federal Court Jurisdictional threshold needed for cases based on diversity jurisdiction.  The parties will bear their own attorneys' fees and costs incurred only as related to the issue of remand.

DATED this 18th  day of January, 2023.

| BIGHORN LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By:/s/ *David Finegold* <br> JOSHUA BERRETT, ESQ. <br> Nevada Bar No. 12697 <br> DAVID FINEGOLD, ESQ. <br> Nevada Bar No. 15220 <br> 3675 W. Cheyenne Ave., Suite 100 <br> North Las Vegas, NV  89032 <br> Attorneys for Plaintiff <br> *Santiel Antario Brown* | By: /s/ *Steven Abbott* <br> STEVEN B. ABBOTT, ESQ. <br> Nevada Bar No. 10303 <br> STEVEN L. FOREMASTER, ESQ. <br> Nevada Bar No. 10350 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, NV 89118 <br> *Attorneys for Defendants* <br> *ESA P Portfolio, LLC, and* <br> *ESA P Portfolio Operating Lessee, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2023

